**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**John MINCH, Petitioner**

**No. 519 WAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

∎

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Frederick Demon DEAN, Petitioner**

**No. 502 WAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.

∎

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Lamont LANE, Petitioner**

**No. 484 WAL 2016**

Supreme Court of Pennsylvania.

June 1, 2017

**ORDER**

PER CURIAM

**AND NOW**, this 1st day of June, 2017, the Petition for Allowance of Appeal is **DENIED**.